

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE DE JESUS SOTO-CASTRO | CASE NUMBER: 08 CR 2227-H |

I, <u>JOSE DE JESUS SOTO-CASTRO</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose soto castro
Defendant

/s/ Barbara Donovan
Counsel for Defendant

Before _____
Judicial Officer